IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

GREGORY KLEE #184070
Full name and prison number
of plaintiff(s)

2007 AUG 28 A 9: 22

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

v.

CIVIL ACTION NO. _____
(To be supplied by Clerk of
U.S. District Court)

~~Ned~~ Warden Ferrell
Warden MYERS
NOLMAN ROBINSON
CAPT RICHARD HETRICK
Lt, SPECKS

2:07CV 773-Mht

Name of person(s) who violated
your constitutional rights.
(List the names of all the
persons.)

**DEMAND FOR JURY TRIAL**

I.   PREVIOUS LAWSUITS
  A.   Have you begun other lawsuits in state or federal court
       dealing with the same or similar facts involved in this
       action?  YES ( )  NO ( X )

  B.   Have you begun other lawsuits in state or federal court
       relating to your imprisonment?  YES ( )  NO ( X )

  C.   If your answer to A or B is yes, describe each lawsuit
       in the space below.  (If there is more than one lawsuit,
       describe the additional lawsuits on another piece of
       paper, using the same outline.)

       1.   Parties to this previous lawsuit:

            Plaintiff(s) _____

            Defendant(s) _____

            _____

       2.   Court (if federal court, name the district; if
            state court, name the county) _____

            _____

3.   Docket number _____

4.   Name of judge to whom case was assigned _____

_____

5.   Disposition (for example:  Was the case dismissed?
     Was it appealed?  Is it still pending?) _____

_____

6.   Approximate date of filing lawsuit _____

7.   Approximate date of disposition _____

II.  PLACE OF PRESENT CONFINEMENT _____

_____

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED _____

_____

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR
     CONSTITUTIONAL RIGHTS.
                    NAME                        ADDRESS

     1.  Warden Ferrell _____

     2.  warden Myers _____

     3. ✗ Nolman Robinson _____

     4.  Capt. Richard Hetrick _____

     5. ✗ Lt. Specks _____

     6.  Richard Allen Commissioder _____

IV.  THE DATE UPON WHICH SAID VIOLATION OCCURRED _____

_____

V.   STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION
     THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

     GROUND ONE: _____

_____

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

Sunday August 19, 2007 I Gregory Kenny Lee #184070

7:00p.m. was walking around the North Yard Track when I fell
OR into a "manhole" filled with raw sewage. This "manhole"
7:30 P.M is located in the middle of an open field with no
barrier around it to prevent anyone from falling

GROUND TWO: into it. I sustained injuries to my head,
arm, hand and back. I was treated very poorly

SUPPORTING FACTS: here at Fountain Infirmary. I was
also denied a tetnus shot by the Nursing Staff.

GROUND THREE:

SUPPORTING FACTS:

3

VI.  STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU.
MAKE NO LEGAL ARGUMENT.   CITE NO CASES OR STATUTES.

For the State to pay for damages and to be
held liable and WARDEN, I WANT to take
this to trial I wANt to get $20 million dollars

Gregory Lee
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true
and correct.

EXECUTED on ___8-26-07_____.
(Date)

GREGORY Lee
Signature of plaintiff(s)

4

Sunday August 19, 2007 I Gregory Kenny Lee, Was #184070
Walking Around the North Yard Track, Suddenly I Fell
Into A "Man Hole" filled with Raw Sewage. This 'manhole'
is located in The middle of A Open Field with No
Barrcage Around it And No Barrier to Prevent A
Person from Falling in the 'manhole'. I Substained Injuries
to my head, Arm, hand And Back, I was treated Very
Poorly here At Fountain Infimary. I was Also Denied
A "Techial Shot" By the ~~~~~ Nursing Staff.
~~They~~ They locked the

Gregory Lee    #184070



USA FIRST-CLASS FOREVER

MOBILE AL 366

27 AUG 2007PM 1 L

United States District Court
Middle District of Alabama
P.O. Box 711
Montgomery AL
36101

Gregory KLEE IGA#184070
Fountain Corr. Center
Box 3800
Atmore AL
36503

LEGAL