IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

GREGORY K. LEE, #184 070,           *

    Plaintiff,                              *

    v.                                          *           2:07-CV-773-MHT
                                                            (WO)
WARDEN FERRELL, *et al.*,           *

    Defendants.                          *

_____

**ORDER**

The Magistrate Judge filed a Recommendation (Doc. #4) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent and de novo review of the entire record, the Court believes that the Recommendation should be adopted. Accordingly, it is

ORDERED that:

1.     The Recommendation of the Magistrate Judge (Doc. #4) is ADOPTED.

2.     That this case, filed under 42 U.S.C. § 1983, is DISMISSED without prejudice for failure of the Plaintiff to pay the full filing fee upon the initiation of this case.

DONE, this the 23rd day of October, 2007.

                                                    /s/ Myron H. Thompson
                                     UNITED STATES DISTRICT JUDGE