IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

GREGORY K. LEE, #184 070,   *

    Plaintiff,   *

    v.   *   2:07-CV-773-MHT
        (WO)
WARDEN FERRELL, *et al.*,   *

    Defendants.   *

_____

## **JUDGMENT**

In accordance with the prior proceedings, opinions and orders of the court, it is

ORDERED and ADJUDGED that this action is DISMISSED without prejudice.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 23rd day of October, 2007.

                /s/ Myron H. Thompson
        UNITED STATES DISTRICT JUDGE